JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  Category No.  __III__   Investigating Agency  __FBI__

**City**  __Lawrence__   **Related Case Information:**

**County**  __Essex__   Superseding Ind./ Inf.  __21-cr-10204-GAO__  Case No.  _____
Same Defendant _____   New Defendant  _X_
Magistrate Judge Case Number  __21-mj-2387-MBB__
Search Warrant Case Number  __21-mj-2388-MBB; see below__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Jonathan Cruz__   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  __Trippy__

Address  __(City & State)  Lawrence, MA__

Birth date (Yr only): __1986__  SSN (last4#): __4807__   Sex __M__   Race: __Hispanic__   Nationality: __USA__

**Defense Counsel if known:**  _____   Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  __Philip Cheng__   Bar Number if applicable  _____

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect:  _____

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____ on  _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ———  ☐ Misdemeanor ———  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __11/3/2021__   Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Jonathan Cruz _____

### U.S.C. Citations

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 40 grams or more of fentanyl; Aiding and abetting | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  21-cr-10071-PBS; 20-2578-2579-MBB; 20-2632-MBB; 21-6171-MPK,

21-2314-2319-MBB _____

USAMA *CRIM - Criminal Case Cover Sheet.pdf*  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**  **Category No.** __III__  **Investigating Agency** __FBI__

**City** __Lawrence__  **Related Case Information:**

**County** __Essex__

Superseding Ind./ Inf. __21-cr-10204-GAO__  Case No. _____
Same Defendant _____  New Defendant _X_
Magistrate Judge Case Number __21-mj-2387-MBB__
Search Warrant Case Number __21-mj-2388-MBB; see below__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Elijah Declet__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Evil__

Address __(City & State) Haverhill, MA__

Birth date (Yr only): __1997__  SSN (last4#): __6459__  Sex __M__  Race: __Black__  Nationality: __USA__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Philip Cheng__  Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: __11/3/2021__  Signature of AUSA: _(signature)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Elijah Declet _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute cocaine | 7 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute 50 grams or more of methamphetamine | 8 |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf 3/4/2013

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.** III      **Investigating Agency** FBI

**City**    Lawrence

**County**    Essex

**Related Case Information:**

Superseding Ind./ Inf.   21-cr-10204-GAO   Case No. _____
Same Defendant               New Defendant   X
Magistrate Judge Case Number   21-mj-2387-MBB
Search Warrant Case Number   21-mj-2388-MBB; see below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Cirio Junior Dolores-Acevedo      Juvenile:    ☐ Yes   ☑ No

     Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes   ☑ No

Alias Name   D.H.C., Domi

Address    (City & State) Andover, MA

Birth date (Yr only): 1983   SSN (last4#): _____   Sex M    Race: Hispanic    Nationality: Dominican Republic

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____            _____

**U.S. Attorney Information:**

**AUSA**   Philip Cheng        Bar Number if applicable _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   Spanish

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

     ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/3/2021      Signature of AUSA: _(signature)_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Cirio Junior Dolores-Acevedo _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute cocaine; Aiding and abetting | 4 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine; Aiding and abetting | 6 |
| Set 4 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.** III          **Investigating Agency** FBI

**City** Lawrence

**Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  21-cr-10204-GAO  Case No. _____
Same Defendant _____  New Defendant X
Magistrate Judge Case Number  21-mj-2387-MBB
Search Warrant Case Number  21-mj-2388-MBB; see below
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  Celino Guzman Cabreja          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name  _____

Address  (City & State) Lawrence, MA

Birth date (Yr only): 1990  SSN (last4#): 5099  Sex M   Race: Hispanic   Nationality: USA

**Defense Counsel if known:**  _____     Address  _____

**Bar Number**  _____

**U.S. Attorney Information:**

**AUSA**  Philip Cheng          Bar Number if applicable  _____

**Interpreter:**   ☑ Yes   ☐ No      List language and/or dialect:   Spanish

**Victims:**   ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:  _____ on  _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/3/2021          Signature of AUSA: _Philip Cheng_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Celino Guzman Cabreja

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB; 20-2632-MBB; 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

__Criminal Case Cover Sheet__                                             __U.S. District Court - District of Massachusetts__

**Place of Offense:**              **Category No.**  III _____        **Investigating Agency**  FBI _____

**City**   Lawrence _____         **Related Case Information:**

**County**   Essex _____          Superseding Ind./ Inf.  21-cr-10204-GAO   Case No. _____
                                       Same Defendant                    New Defendant  X
                                       Magistrate Judge Case Number    21-mj-2387-MBB
                                       Search Warrant Case Number   21-mj-2388-MBB; see below
                                       R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Nathaniel Infante _____     Juvenile:       ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       Natti

Address          (City & State)  Methuen, MA

Birth date (Yr only): 1994   SSN (last4#): 3342 ___ Sex M ___   Race: Hispanic ___   Nationality: USA _____

**Defense Counsel if known:**     Keith Halpern _____        Address _____

**Bar Number** _____             _____

**U.S. Attorney Information:**

**AUSA**   Philip Cheng _____     Bar Number if applicable   _____

**Interpreter:**    ☐ Yes  ☑ No      List language and/or dialect:   _____

**Victims:**    ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**    ☑ Yes   ☐ No

        ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☑ Already in Federal Custody as of         03/15/2021          in    Wyatt _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____  on  _____

**Charging Document:**    ☐ Complaint       ☐ Information       ☑ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☑ Felony   2 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/3/2021          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Nathaniel Infante _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 40 grams or more of fentanyl; Aiding and abetting | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK, 21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**          **Category No.** ___III___          **Investigating Agency** ___FBI___

**City** ___Lawrence___          **Related Case Information:**

**County** ___Essex___

Superseding Ind./ Inf. ___21-cr-10204-GAO___  Case No. _____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number ___21-mj-2387-MBB___
Search Warrant Case Number ___21-mj-2388-MBB; see below___
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name ___Emmanuel Lys___          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address ___(City & State)  Watertown, MA___

Birth date (Yr only): ___1989___  SSN (last4#): ___7557___  Sex ___M___     Race: ___Black___     Nationality: ___USA___

**Defense Counsel if known:** _____     Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** ___Philip Cheng___          Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☐ Yes  ☑ No

**Matter to be SEALED:**     ☑ Yes     ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: ___11/3/2021___          Signature of AUSA: _[signature]_

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Emmanuel Lys _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

✎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**        **Category No.** ___III___        **Investigating Agency** ___FBI___

**City**  ___Lawrence___        **Related Case Information:**

**County**  ___Essex___        Superseding Ind./ Inf.  ___21-cr-10204-GAO___  Case No.  _____
                                Same Defendant _____  New Defendant ___X___
                                Magistrate Judge Case Number  ___21-mj-2387-MBB___
                                Search Warrant Case Number  ___21-mj-2388-MBB; see below___
                                R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  ___Anthony Martinez___        Juvenile:    ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes  ☑ No

Alias Name  _____

Address  ___(City & State)  Haverhill, MA___

Birth date (Yr only): ___1998___  SSN (last4#): ___2129___  Sex ___M___  Race: ___Hispanic___  Nationality: ___Dominican Republic___

**Defense Counsel if known:**  _____        Address  _____

**Bar Number**  _____                _____

**U.S. Attorney Information:**

**AUSA**  ___Philip Cheng___        Bar Number if applicable  _____

**Interpreter:**  ☑ Yes  ☐ No        List language and/or dialect:        ___Spanish___

**Victims:**  ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes  ☑ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

        ☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**  _____

☐ Already in Federal Custody as of  _____ in  _____ .
☐ Already in State Custody at  _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:  _____ on  _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty ____  ☐ Misdemeanor ____  ☑ Felony ___3___

Continue on Page 2 for Entry of U.S.C. Citations

☑        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  ___11/3/2021___        Signature of AUSA: _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____ Anthony Martinez _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute cocaine; Aiding and abetting | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** 21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

◎JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**      **Category No.** III      **Investigating Agency** FBI

**City**   Lawrence

**County**   Essex

**Related Case Information:**

Superseding Ind./ Inf.   21-cr-10204-GAO   Case No.
Same Defendant               New Defendant   X
Magistrate Judge Case Number   21-mj-2387-MBB
Search Warrant Case Number   21-mj-2388-MBB; see below
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Christopher Riley         Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name

Address     (City & State)   South Easton, MA

Birth date (Yr only): 1983   SSN (last4#): 9702   Sex M   Race: Black   Nationality: USA

**Defense Counsel if known:**                    Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Philip Cheng             Bar Number if applicable

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect:

**Victims:**   ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

    ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of           in           .
☐ Already in State Custody at        ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:           on

**Charging Document:**   ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**   ☐ Petty     ☐ Misdemeanor     ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/2/2021      Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Christopher Riley _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2   21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

℠JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   **Category No.** ___III___   **Investigating Agency** ___FBI___

**City** ___Lawrence___   **Related Case Information:**

**County** ___Essex___   Superseding Ind./ Inf. ___21-cr-10204-GAO___ Case No. ___
Same Defendant ___ New Defendant _X_
Magistrate Judge Case Number ___21-mj-2387-MBB___
Search Warrant Case Number ___21-mj-2388-MBB; see below___
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name ___Steven Rios___   Juvenile:   ☐ Yes  ✓ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ✓ No

Alias Name ___Doofy___

Address ___(City & State) Lawrence, MA___

Birth date (Yr only): _1997_   SSN (last4#): _8508_   Sex _M_   Race: _Hispanic_   Nationality: _USA_

**Defense Counsel if known:** ___   Address ___

**Bar Number** ___   ___

**U.S. Attorney Information:**

**AUSA** ___Philip Cheng___   Bar Number if applicable ___

**Interpreter:**   ☐ Yes  ✓ No   List language and/or dialect: ___

**Victims:**   ✓ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ✓ No

**Matter to be SEALED:**   ✓ Yes  ☐ No

✓ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___

☐ Already in State Custody at ——————————— ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: ___ on ___

**Charging Document:**   ☐ Complaint   ☐ Information   ✓ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ✓ Felony _2_

Continue on Page 2 for Entry of U.S.C. Citations

✓ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: _11/3/2021_   Signature of AUSA: ___

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Steven Rios _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping | 5 |
| Set 3 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 4 | 18 U.S.C. § 981(a)(1)(C) | Kidnapping forfeiture allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

℅JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.** ___III___        **Investigating Agency** ___FBI___

**City**  __Lawrence__                **Related Case Information:**

**County**  __Essex__            Superseding Ind./ Inf.  __21-cr-10204-GAO__  Case No. _____
Same Defendant  _____  New Defendant _X_
Magistrate Judge Case Number  __21-mj-2387-MBB__
Search Warrant Case Number  __21-mj-2388-MBB; see below__
R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name  __Felix Rodriguez__                    Juvenile:        ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:        ☐ Yes ☑ No

Alias Name  _____

Address  __(City & State)  Methuen, MA__

Birth date (Yr only): __1997__  SSN (last4#): __6999__    Sex _M_    Race: __Hispanic__    Nationality: __Unknown__

**Defense Counsel if known:**        _____        Address  _____

**Bar Number**  _____                    _____

**U.S. Attorney Information:**

**AUSA**  __Philip Cheng__                Bar Number if applicable        _____

**Interpreter:**        ☐ Yes  ☑ No        List language and/or dialect:        _____

**Victims:**        ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)        ☐ Yes   ☑ No

**Matter to be SEALED:**        ☑ Yes        ☐ No

        ☑ Warrant Requested                ☐ Regular Process                ☐ In Custody

**Location Status:**

**Arrest Date**        _____

☐ Already in Federal Custody as of        _____  in        _____
☐ Already in State Custody at ————————————  ☐ Serving Sentence        ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:        _____  on        _____

**Charging Document:**        ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**        ☐ Petty ————  ☐ Misdemeanor ————  ☑ Felony  __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  __1/3/2021__        Signature of AUSA:  _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Felix Rodriguez _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute cocaine; Aiding and abetting | 4 |
| Set 3 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB

USAMA *CRIM -* Criminal Case Cover Sheet.pdf  3/4/2013

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.**   III      **Investigating Agency**   FBI

**City**   Lawrence      **Related Case Information:**

**County**   Essex

Superseding Ind./ Inf.   21-cr-10204-GAO   Case No.
Same Defendant    X      New Defendant
Magistrate Judge Case Number   21-mj-2387-MBB
Search Warrant Case Number   21-mj-2388-MBB; see below
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Justin Suriel      Juvenile:    ☐ Yes   ✓ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ✓ No

Alias Name   Chachi

Address    (City & State) Lawrence, MA

Birth date (Yr only): 1995   SSN (last4#): 8535    Sex M      Race: Hispanic      Nationality: USA

**Defense Counsel if known:**    Paul Garrity      Address

**Bar Number**

**U.S. Attorney Information:**

**AUSA**   Philip Cheng      Bar Number if applicable

**Interpreter:**    ☐ Yes   ✓ No      List language and/or dialect:

**Victims:**    ✓ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☐ Yes   ✓ No

**Matter to be SEALED:**    ✓ Yes    ☐ No

✓ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of      in

☐ Already in State Custody at ——————— ☐ Serving Sentence      ☐ Awaiting Trial

✓ On Pretrial Release:   Ordered by:    Magistrate Judge Bowler    on    06/06/2021

**Charging Document:**    ☐ Complaint    ☐ Information    ✓ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ✓ Felony   5

Continue on Page 2 for Entry of U.S.C. Citations

✓   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   11/3/2021      Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**      Justin Suriel  _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in possession of firearm and ammunition | 1 |
| Set 2 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute fentanyl, cocaine, and Suboxone | 2 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession with intent to distribute 40 grams or more of fentanyl; Aiding and abetting | 3 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Distribution of and possession with intent to distribute cocaine; Aiding and abetting | 4 |
| Set 5 | 18 U.S.C. § 1201(c) | Conspiracy to commit kidnapping | 5 |
| Set 6 | 18 U.S.C. § 924(d)(1) | Firearm forfeiture allegation | |
| Set 7 | 21 U.S.C. § 853 | Drug forfeiture allegation | |
| Set 8 | 18 U.S.C. § 981(a)(1)(C) | Kidnapping forfeiture allegation | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   21-cr-10071-PBS; 20-2578-2579-MBB, 20-2632-MBB, 21-6171-MPK,

21-2314-2319-MBB